1  JOHN NASH SBN #40985
   39441 Irving Street, Suite #1
2  San Francisco, CA 94122

3  Phone (415) 661-5481

4  Attorney for Petitioner

ORIGINAL FILED
2011 SEP 14 P 3:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-Filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH MICHAEL DOUGLAS,

    Petitioner,

v.

KATHLEEN L. DICKINSON, WARDEN OF THE CALIFORNIA MEDICAL FACILITY AT VACAVILLE, CALIFORNIA, and HONORABLE KAMALA HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

    Respondents.
_____/

No. C 11-00973 JSW

DECLARATION OF JOHN NASH
IN SUPPORT OF WAIVER
OF SERVICE BY E-MAIL

I, JOHN NASH, declare as follows:

My computer which has word-processing capability has had something wrong with it and I am not able to do E- Mails with attachments. I am not on the pacer program. I am not one hundred per cent sure how that works. I am trying to retire, but due to requests from clients I am semi-retired, although to keep up, I am busy all day a lot of the time. I am respectfully requesting that I receive paper copies of what is filed. I hope to be able in the next month or so to get a computer set up to receive E-Mail attachments, and to send E-Mail attachments, which at the present time I haven't figured out. I am requesting an order relieving me from these requirements. I apologize for the delay in making this request. I

Declaration of John Nash concerning request for waiver of E-Mailing requirements.    1

COPIES MAILED TO SUBMITTING COUNSEL.

1 declare the above is true under the penalty of perjury. Executed in San Francisco CA, on
2 September 14, 2011.

*[signature]*
JOHN NASH, Declarant

**DENIED**
*[signature]* Jeffrey S. White
United States District Judge
SEPTEMBER 20, 2011

Declaration of John Nash concerning
request for waiver of E-Mailing requirements.   2