IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH MICHAEL DOUGLAS,

    Petitioner,                                     No. C 11-00973 JSW

    v.

KATHLEEN L. DICKINSON, Warden,         **ORDER VACATING HEARING**

    Respondent.

    Respondent has filed a motion to dismiss the petition for writ of habeas corpus as untimely and procedurally barred, which is set for hearing on December 9, 2011. The Court finds the matter suitable for disposition without oral argument, and VACATES the hearing. The matter is deemed submitted, and the Court shall issue a ruling in due course.

    **IT IS SO ORDERED.**

Dated: November 28, 2011

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE